**In re STONECIPHER DISTRIBUTORS, INC., Debtor.**

**Bankruptcy No. HS 81–86.**

United States Bankruptcy Court,
W.D. Arkansas,
Hot Springs Division.

Feb. 3, 1987.

---

C. Richard Crockett, Little Rock, Ark., for debtor.

J. Michael Fitzhugh, Asst. U.S. Atty., Ft. Smith, Ark., for U.S.

### MEMORANDUM OPINION

ROBERT F. FUSSELL, Bankruptcy Judge.

#### Findings of Fact and Conclusions of Law

Now before the Court for decision is the issue of whether pre-petition interest due and owing the United States on unpaid taxes subject to priority pursuant to 11 U.S.C. § 507(a)(7)[1] should also be afforded priority status.

The Bankruptcy Code accords priority status to certain "allowed secured *claims* of governmental units." 11 U.S.C. § 507(a)(7) (emphasis added). "Claim," as defined in 11 U.S.C. § 101(4), means a "right to payment." This Court now concludes that the broad definition of "claim" includes a right to payment for the interest due. *See, e.g., Matter of Keller & Katkowsky, P.C.,* 55 B.R. 155, 156 (Bkrtcy.E.D. Mich.1985); *In re Treister,* 52 B.R. 735, 737 (Bkrtcy.S.D.N.Y.1985); *In re Coleman,* 26 B.R. 825, 831 (Bkrtcy.D.Kan.1985) (debtor concedes priority claim under § 507(a)(6) [which is now § 507(a)(7)] includes any interest that accrued on the claim pre-petition). *See also In re Hernando Appli-*

*ances, Inc.,* 41 B.R. 24 (Bkrtcy.N.D.Miss. 1983) (discussing tax penalties as well as interest). *Contra In re Razorback Ready–Mix Concrete Co.,* 45 B.R. 917 (Bkrtcy.E.D. Ark.1984). Thus, interest on the pre-petition priority tax claim of the United States is entitled to the same priority status as the tax claim under 11 U.S.C. § 507(a)(7). In reaching its holding, the Court specifically overrules its opinion in *In re Razorback Ready–Mix Concrete Co.,* 45 B.R. at 924, as to its prior determination.

This opinion is to be applied prospectively only.

A separate Order in accordance with this opinion will be entered.

---

1. Section 507(a)(7) was designated as 507(a)(6) prior to the Bankruptcy Amendments and Federal Judgeship Act of 1984.